IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MORGAN HANUSOWSKI
#556211                                                                      PLAINTIFF

v.                              No. 3:20-cv-254-DPM

KARA BLACK, Head Nurse, Craighead
County Detention Center                                                  DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 4*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hanusowski's complaint, *Doc. 2*, will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2020