IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MORGAN HANUSOWSKI
#556211                                                                PLAINTIFF

v.                          No. 3:20-cv-254-DPM

KARA BLACK, Head Nurse, Craighead
County Detention Center                                      DEFENDANT

JUDGMENT

Hanusowski's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 November 2020